United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 11-44461-BR
Lisa Marie Flenoury                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: mevangeli        Page 1 of 3            Date Rcvd: Feb 21, 2012
                             Form ID: b18            Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2012.
db          +Lisa Marie Flenoury,   5430 W 57th St.,   Los Angeles, CA 90056-1033
smg          Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA  90053-0200
cr          +Wells Fargo Bank, National Association,   Office of the General Counsel,   Marc Andrews,
             Wells Fargo & Company,   21680 Gateway Center Dr.,  Ste 280,   Diamond Bar, CA 91765-2456
30040618     Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
30040619     Bachomeloans,   450 American St,   Simi Valley, CA 93065-6285
30489341    +Bank of America N.A.,   7105 Corporate Drive,   Mail Stop: TX2-982-03-03,   Plano, TX 75024-4100
30040621     Bmw Fin Svc,   5550 Britton Pkwy,   Hilliard, OH 43026-7456
30040622     Byl Svc,   301 Lacey St,   West Chester, PA 19382-3727
30040623    +Cba Collection Bureau,   25954 Eden Landing Rd,   Hayward, CA 94545-3837
30040626     Citibankna,   1000 Technology Dr,   O Fallon, MO 63368-2239
30040627     Dpt Ed/slm,   PO Box 9635,   Wilkes Barre, PA 18773-9635
30040630    +Gmac Mortgage,   3451 Hammond Ave,   Waterloo, IA 50702-5300
30040631    +Lapfcu,   16150 Sherman Way,   Van Nuys, CA 91406-3956
30040632     Los Angeles Police Fcu,   16150 Sherman Way,   Van Nuys, CA 91406-3938
30040633     Queen Street Plaza Owners Association,   321 W Queen St,   Inglewood, CA 90301-1176
30040634     Recontrust Company,   1800 Tapo Canyon Rd,   Simi Valley, CA 93063-6712
30730409     Sallie Mae Inc., on behalf of the,   Department of Education,   P.O. Box 740351,
             Atlanta, GA 30374-0351
30251400     Sallie Mae, Inc. on behalf of ECMC,   ECMC,   Lockbox 8682,   PO box 75848,
             St. Paul, MN. 55175-0848
30195340    +Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
30040636     Sw Stdnt Srv,   1555 N Fiesta Blvd,   Gilbert, AZ 85233-1020
30513819    +Wells Fargo Bank, National Association,   P.O. Box 6148,   El Monte, CA 91734-2148
30040640     Zwicker & Associates,   199 S Los Robles Ave Ste 410,   Pasadena, CA 91101-2438


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QBDKRASNOFF.COM Feb 22 2012 05:58:00     Brad D Krasnoff (TR),
             221 N. Figueroa Street, Suite 1200,   Los Angeles, CA 90012-2663
smg          EDI: EDD.COM Feb 22 2012 05:58:00     Employment Development Dept.,   Bankruptcy Group MIC 92E,
             P.O. Box 826880,   Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Feb 22 2012 05:58:00     Franchise Tax Board,   Bankruptcy Section MS: A-340,
             P.O. Box 2952,   Sacramento, CA  95812-2952
30419244     EDI: BECKLEE.COM Feb 22 2012 05:58:00     American Express Centurion Bank,
             c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
30040616     EDI: PHINAMERI.COM Feb 22 2012 05:58:00     Americredit,   PO Box 181145,
             Arlington, TX 76096-1145
30040617     EDI: AMEREXPR.COM Feb 22 2012 05:58:00     Amex,   PO Box 981537,   El Paso, TX 79998-1537
30040620     EDI: BANKAMER2.COM Feb 22 2012 05:58:00     Bk Of Amer,   PO Box 17054,
             Wilmington, DE 19850-7054
30408990    +EDI: OPHSUBSID.COM Feb 22 2012 05:58:00     Candica, L.L.C.,   c/o Weinstein & Riley, P.S.,
             2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
30040624     EDI: CHASE.COM Feb 22 2012 05:58:00     Chase,   PO Box 15298,   Wilmington, DE 19850-5298
30040625     EDI: CITICORP.COM Feb 22 2012 05:58:00     Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
30067940     EDI: BANKAMER2.COM Feb 22 2012 05:58:00     FIA CARD SERVICES, N.A.,   PO Box 15102,
             Wilmington, DE 19886-5102
30742685     EDI: CALTAX.COM Feb 22 2012 05:58:00     FRANCHISE TAX BOARD,   BANKRUPTCY SECTION MS A340,
             PO BOX 2952,   SACRAMENTO CA 95812-2952
30040628     EDI: BANKAMER2.COM Feb 22 2012 05:58:00     Fia Csna,   PO Box 17054,   Wilmington, DE 19850-7054
30040629     EDI: RMSC.COM Feb 22 2012 05:58:00     Gemb/mervyns,   PO Box 981400,   El Paso, TX 79998-1400
30691404     EDI: RECOVERYCORP.COM Feb 22 2012 05:58:00     Granite Recovery LLC,
             c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
30342065     EDI: PRA.COM Feb 22 2012 05:58:00     Portfolio Recovery Associates, LLC,
             c/o Wells Fargo Bank, N.A.,   POB 41067,   Norfolk VA 23541
30437596     EDI: RECOVERYCORP.COM Feb 22 2012 05:58:00     Portfolio Investments I LLC,
             c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
30040635     EDI: SALMAESERVICING.COM Feb 22 2012 05:58:00     Sallie Mae,   PO Box 9500,
             Wilkes Barre, PA 18773-9500
30251385     EDI: SALMAEGUARANTEE.COM Feb 22 2012 05:58:00     Sallie Mae Inc. on behalf of USA FUNDS,
             Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
30040637     EDI: WFFC.COM Feb 22 2012 05:58:00     Well Farg Bk,   711 W Broadway Rd,   Tempe, AZ 85282-1218
30040638     EDI: WFFC.COM Feb 22 2012 05:58:00     Wells Fargo,   PO Box 5445,   Portland, OR 97228-5445
30040639    +EDI: WFFC.COM Feb 22 2012 05:58:00     Wells Fargo Hm Mortgag,   3476 Stateview Blvd,
             Fort Mill, SC 29715-7200
                                                                                   TOTAL: 22


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Courtesy NEF

```
District/off: 0973-2          User: mevangeli        Page 2 of 3            Date Rcvd: Feb 21, 2012
                             Form ID: b18           Total Noticed: 44

cr*          +Candica, L.L.C.,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste 400,
               Seattle, WA 98121-3132
                                                                            TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 23, 2012**                    **Signature:** _Joseph Speetjens_

District/off: 0973-2          User: mevangeli          Page 3 of 3          Date Rcvd: Feb 21, 2012
                             Form ID: b18             Total Noticed: 44


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2012 at the address(es) listed below:
          Brad D Krasnoff (TR)    mcdaniel@lbbslaw.com,   bkrasnoff@ecf.epiqsystems.com
          Edward T Weber    on behalf of Interested Party  Courtesy NEF bknotice@rcolegal.com
          Marc  Andrews    on behalf of Creditor  Wells Fargo Bank, National Association
           sandra.g.mcmasters@wellsfargo.com
          Richard S Ralston    on behalf of Creditor  Candica, L.L.C. richardr@w-legal.com
          Tyson  Takeuchi    on behalf of Debtor Lisa Flenoury tysonlawfirm@yahoo.com
          United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                       TOTAL: 6

B18 (Official Form 18)(12/11)

# United States Bankruptcy Court
## Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Lisa Marie Flenoury
aka Lisa Marie Talley Flenoury, aka Lisa Marie Talley

**BANKRUPTCY NO.**  2:11–bk–44461–BR

**CHAPTER**  7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–3586
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Discharge Date:** 2/21/12

**Address:**
5430 W 57th St.
Los Angeles, CA 90056

   It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: February 21, 2012

**Kathleen J. Campbell**
Clerk of the Court

_____

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social–security numbers or individual taxpayer–identification numbers.*

(Form b18–DIS Rev. 12/2011) VAN–30

39 – 27 / MEL

B18 (Official Form 18) Cont.
Rev.(12/11)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.